IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-02778-CMA-MEH

BRIAN BRASS,

    Plaintiff,

v.

PRESIDENT JOE BIDEN, and
GINA RAIMONDO, Secretary of Commerce,

    Defendants.

**ORDER AFFIRMING MAGISTRATE JUDGE RECOMMENDATION**

This matter is before the Court on the Recommendation of United States Magistrate Judge Michael E. Hegarty. (Doc. # 11). Judge Hegarty recommends denying Plaintiff's Motion for Injunctive Relief (Doc. # 9). The Court affirms and adopts the Recommendation for the following reasons.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")). The

1

Recommendation advised the parties that specific written objections were due within fourteen days after service of the Recommendation. (Doc. # 44, p. 13). Plaintiff did not file a timely objection.

Having reviewed the Recommendation, the relevant portions of the record, and the relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS that the Recommendation of United States Magistrate Judge Michael Hegarty (Doc. # 11) is AFFIRMED and ADOPTED as an Order of this Court. Plaintiff's Motion for Injunctive Relief (Doc. # 9) is DENIED.

DATED:  January 14, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge